MORRIS SADOF, Appellant, *v.* SAMUEL TANNENBAUM, Respondent, Impleaded with Another.

Argued January 11, 1938; decided January 25, 1938.

*Edward Weinfeld* and *Louis Kunen* for appellant.

*Albert H. Tannenbaum* for respondent.

*H. H. Nordlinger*, *Edwin L. Garvin*, *John K. Watson* and *Julius Henry Cohen* for American Arbitration Association et al., *amici curiæ*.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.